UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:20-cv-00329-MOC

| | |
|---|---|
| **SIERRA CATLIN ANDERSON**, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| Vs. ) | **ORDER CONCERNING** |
| ) | **SECTION 636(c) REFERRAL** |
| ) | |
| **ANDREW M. SAUL**, ) | |
| ) | |
| Defendant(s). ) | |

**THIS MATTER** is before the Court on its own motion regarding the parties' consent to the exercise of jurisdiction by a United States Magistrate Judge, submitted in accordance with 28, United States Code, Section 636(c), Rule 73, Federal Rules of Civil Procedure, and Local Civil Rule 73.1.

In accordance with the *Amended Standing Order of Referral* (#2), 3:11mc25 (effective January 1, 2019), the Court has considered reassignment of this matter based on the written consent of the parties. Accordingly, the Clerk of Court is **HEREBY** directed to:

☒ Assign this matter to a United States Magistrate Judge; or

☐ Vacate the Section 636(c) referral in accordance with Rule 73(c) and retain the assignment with the United States District Judge.

Signed: August 12, 2021

*(signature)*
Max O. Cogburn Jr
United States District Judge